

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | 2:23-MJ-220 |
| v. | ) | JUDGE WYRICK |
| | ) | |
| SEAN WILLIAMS | ) | |
| | ) | |

## CRIMINAL COMPLAINT

I, Paul Durant, Special Agent, Federal Bureau of Investigations, the complainant in this case, state that the following is true to the best of my knowledge and belief.

## COUNT ONE

The United States Attorney charges that on or about October 18, 2023, within the Eastern District of Tennessee, defendant SEAN WILLIAMS, did knowingly escape from custody of the Laurel County Detention Center, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a detention order and this court's process, said custody being by virtue of an indictment charging a felony offense, in violation of 18 United States Code, Section 751(a).

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1) I am a Special Agent with the Johnson City Resident Agency (JCRA) of the Federal Bureau of Investigation (FBI) and have been since September 2019. I am authorized to investigate violations of laws of the United States and to execute

warrants issued under the authority of the United States. I am experienced with investigations and enforcement of federal child pornography and human trafficking laws.

2) I know the following from my own observations as well as information received from police officers, and/or from other individuals. As further detailed below, I believe probable cause exists to conclude that SEAN WILLIAMS has violated Title 18, United States Code, Section 751(a), escape from lawful custody.

3) WILLIAMS was indicted in the Eastern District of Tennessee, Greeneville Division, in two cases currently before the Court, 2:21-cr-027 and 2:23-cr-0111. WILLIAMS appeared before the Court for an initial appearance and arraignment in both cases. Following those appearances WILLIAMS was ordered detained by the Court and placed in the Marshals custody. Following an escape attempt by WILLIAMS in July of 2023 from Washington County Detention Facility in Jonesborough, Tennessee, he was moved to Laurel County Detention Facility in London, Kentucky pending the completion of both cases. Since that time WILLIAMS has remained detained in Marshals Custody at the Laurel County Detention Facility.

4) On October 18, 2023, WILLIAMS was to appear before the Court on a Motion hearing in the above cases. On the morning of October 18, 2023, he was placed in a Laurel County transport vehicle by a Laurel County detention deputy and brought to the Greeneville Federal Courthouse for his appearance, in Greeneville, Tennessee.

5) At approximately 8:30 a.m. the transport vehicle arrived at the sally port area of the Greeneville Courthouse. The detention deputy went to the back of the transport vehicle to retrieve WILLIAMS and saw the back of the transport vehicle's window was kicked out and WILLIAMS was no longer in the vehicle. Deputy Marshals began to assist in looking for WILLIAMS in the immediate area to no avail. WILLIAMS is still at large.

6) At approximately 9:00 a.m. a Be On the Look Out (BOLO) was issued for WILLIAMS whereabouts to all law enforcement in the immediate area of East Tennessee. The search for WILLIAMS continues.

7) Based on the facts set forth in this affidavit, probable cause exists that SEAN WILLIAMS escaped from lawful custody, in violation of Title 18, United States Code, Section 751(a).

_____
Paul Durant
Special Agent
Federal Bureau of Investigations

Sworn to before me and signed in my presence.

Date: 10/18, 2023

_____
Cynthia Richardson Wyrick
United States Magistrate Judge

City and state: Greeneville, Tennessee